UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-480-BO

| | |
|---|---|
| ISAIAH GREEN, JR. )<br>EQUAL TREATMENT NOW, INC./ )<br>PRES., )<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>WAKE COUNTY SHERIFF DONNIE )<br>HARRISON/ JOHN MAXFIELD, )<br>LEGAL COUNSEL, )<br>　　　　Defendants. ) | O R D E R |

This cause comes before the Court on plaintiff's "Timely Response Motion to Judge's Second Order to Dismiss a Viable United States Constitutional Valid Lawsuit." The Court has previously dismissed this action [DE 22] and denied a subsequent motion by plaintiff that it liberally construed as a motion to alter or amend judgment [DE 25]. In this most recent filing, plaintiff has identified no legal basis upon which the Court could re-open this matter. *See* Fed. R. Civ. P. 59; *Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998). Accordingly, plaintiff's motion [DE 26] is DENIED this matter remains closed.

SO ORDERED, this ___2___ day of April, 2013.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE